IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION |
| IN RE | : | |
| MAUREEN H. GISONDI, | : | |
| Appellant, | : | No. 13-6147 |

# O R D E R

AND NOW, this 20th day of February, 2014, upon consideration of Appellant's Brief (Docket No. 6), Appellees' Brief (Docket No. 7), Appellant's Reply, and the record, it is hereby ORDERED that the Bankruptcy Court's February 26, 2013 and August 14, 2013 Orders are AFFIRMED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge